UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRISTEN ORTIZ, on behalf of her minor son, M.O.,

Plaintiff,

-against-

NEWBURGH ENLARGED CITY SCHOOL DISTRICT, NEWBURGH ENGLARGED CITY SCHOOL DISTRICT BOARD OF EDUCATION, RODERICK PHOENIX, BECKNER JOSEPH, ERIKA BERRIOS, ELIZABETH DEFRANCESCO, and CHRISTOPHER BAYER,

Defendants.

No.  7:25-cv-06878-CS

**ORDER AND NOTICE TO PARENTS OBJECTING TO THE DISCLOSURE OF THEIR CHILDREN'S EDUCATIONAL RECORDS**

FROM UNITED STATES DISTRICT JUDGE CATHY SEIBEL:

You are receiving this notice because you previously indicated a desire to object to the disclosure of your children's educational record(s) in this lawsuit. In this case, the plaintiff has alleged that her son was discriminated against and harassed while he was a student of the Newburgh Enlarged City School District (the "District"). The attorneys have determined that records relating to your child may be responsive to certain discovery requests made by the Plaintiff in this lawsuit.

If you wish to prevent the disclosure of records relating to your child, you must establish that there is good cause to protect those records from disclosure. Therefore, **on or before April 27, 2026, you or your attorney should submit to the Court a letter explaining why you feel such disclosure would be harmful to your children**. Please keep in mind that I have already ordered that any such records disclosed in the lawsuit be kept confidential and not shown to anyone except the parties

and their attorneys and staff, the District's insurance carrier, court personnel, witnesses, and stenographers recording testimony in the lawsuit. I have also directed that any copies of these records that are disclosed for purposes of the lawsuit be destroyed after they are no longer needed for the case.

If you still wish to submit a letter objecting to disclosure of your children's records, you or your attorney must email your letter to chambersnysdseibel@nysd.uscourts.gov or mail it to:

Hon. Cathy Seibel, United States District Judge
United States District Court, Southern District of New York
Charles L. Brieant United States Courthouse
300 Quarropas St.
White Plains, New York 10601

SO ORDERED.

_____     4/13/26
CATHY SEIBEL, U.S.D.J.        _____