**SILVERMAN & ASSOCIATES** | ATTORNEYS AT LAW

May 6, 2026

<u>VIA ECF</u>
Honorable Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas St.
Courtroom 621
White Plains, New York 10601-4150

    Re: *Ortiz v. Newburgh Enlarged City School District et al.*
      <u>Docket No.: 7:25-cv-06878-CS</u>

Dear Judge Seibel:

  We represent the Defendants in the above-referenced matter.  We are writing jointly with the plaintiffs to respectfully request a referral to the Magistrate Judge for settlement purposes.

  As your Honor is aware, the parties have been engaged in discovery.  Recently, the parties conferred regarding settlement and have agreed that it may be in the best interest of all to make efforts to resolve the case.  The parties feel assistance of the Magistrate Judge may be quite helpful in the settlement efforts.  Accordingly, the parties respectfully request referral to the Magistrate Judge for a settlement conference.

  While the Defendants are still working to complete production of ESI data, as the volume of data that was retrieved and searched was extremely significant, the Defendants have agreed to produce responsive, non-privileged ESI results from the first search string of the ESI protocol in advance of the settlement conference.  The parties may subsequently request that the remainder of discovery, including depositions, be stayed pending the good faith settlement efforts.

  We thank the Court for its time and consideration.

      Respectfully submitted,

      **SILVERMAN & ASSOCIATES**

    By:_Caroline B. Lineen_
      Caroline B. Lineen

To: All Attorneys of Record

**SILVERMAN & ASSOCIATES** | ATTORNEYS AT LAW